1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARGARITO VALDOVINOS-RIOS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:09-cr-00440-MCE
                                 )
12            Plaintiff,         )
                                 ) **STIPULATION AND ORDER**
13     v.                        ) **CONTINUING STATUS CONFERENCE**
                                 ) **AND EXCLUDING TIME**
14 MARGARITO VALDOVINOS-RIOS,    )
                                 ) Date: January 7, 2010
15            Defendant.         ) Time: 9:00 a.m.
   _____ ) Judge: Morrison C. England, Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHAEL D. ANDERSON, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of January 7, 2010 be vacated, and the matter be set for

22 status conference on February 4, 2010 at 9:00 a.m.

23      Defense counsel has just substituted into this case, and needs

24 additional time to review discovery and meet with Mr. Valdovinos-Rios

25 to discuss his options.

26 ///

27 ///

28 ///

1  Based upon the foregoing, the parties agree that the time under
2  the Speedy Trial Act should be excluded from the date of signing of
3  this order through and including February 4, 2010 pursuant to
4  18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code
5  T4 based upon continuity of counsel and defense preparation.

Dated:   January 6, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MARGARITO VALDOVINOS-RIOS


Dated:   January 6, 2010          BENJAMIN B. WAGNER
                                  United States Attorney


/s/ Linda C. Harter for
MICHAEL D. ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and
including February 4, 2010 in the interest of justice pursuant to
18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local
Code T4.

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE